■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MEDINA, Appellant. [50 NYS3d 289]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered July 16, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Gische and Kahn, JJ.

■ 406 BROOME ST REST INC., Respondent, v LAFAYETTE CENTER, LLC, Appellant. [50 NYS3d 289]—

Judgment, Supreme Court, New York County (Arthur F. Engoron, J.), entered March 1, 2016, after a nonjury trial, awarding plaintiff the principal sum of $900,000, unanimously affirmed, with costs.

A fair interpretation of the evidence supports the trial court's conclusion that defendant violated the terms of the parties' lease by unreasonably withholding consent to plaintiff's proposed assignment of the leased space to a third party (*see Garza v 508 W. 112th St., Inc.*, 71 AD3d 567 [1st Dept 2010]). The court appropriately determined that the measure of plaintiff's damages due to defendant's withholding of consent was the $900,000 that the potential assignee had offered as key money (*see e.g. Giordano v Miller*, 288 AD2d 181 [2d Dept 2001]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Manzanet-Daniels, Gische and Kahn, JJ.